HERMAN A. FENNING, *ET AL.*, PLAINTIFFS-PETITIONERS, v. AMERICAN TYPE FOUNDERS, INC., DEFENDANT-RESPONDENT.

See same case below: 33 *N. J. Super.* 167, 109 *A. 2d* 689.

*Messrs. Kasen, Schnitzer & Kasen* for the petitioners.

*Messrs. Pitney, Hardin & Ward* for the respondent.

May 14, 1956.   Denied.

DORA GREENE, *ET AL.*, PLAINTIFFS-PETITIONERS AND CROSS-RESPONDENTS, v. LEON SCHMURAK, *ET AL.*, DEFENDANTS-RESPONDENTS AND CROSS-PETITIONERS.

See same case below: 39 *N. J. Super.* 392.

*Mr. Reuben P. Goldstein* for the petitioners, cross-respondents.

*Mr. Milton T. Lasher* for the respondents, cross-petitioners.

May 14, 1956.   Denied.